Filed 3/9/23  P. v. Guillen CA4/3

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>        v.<br><br>MIGUEL LOPEZ GUILLEN,<br><br>    Defendant and Appellant. | G061650<br><br>(Super. Ct. No. 09CF0684)<br><br>O P I N I O N |

Appeal from a postjudgment order of the Superior Court of Orange County, M. Marc Kelly, Judge.  Affirmed.

Robert L.S. Angres, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Defendant Miguel Lopez Guillen appeals from the denial of his petition for resentencing under Penal Code section 1172.6. Appointed counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), setting forth the facts of the case and requesting that we review the entire record. Pursuant to *Anders v. California* (1967) 386 U.S. 738 (*Anders*), appointed counsel identified three issues to assist us in conducting our independent review. Defendant was given the opportunity to file written argument on his own behalf, but he has not done so. Although defendant has not filed a supplemental brief, we exercise out discretion to conduct an independent review of the record and appointed counsel's *Wende* brief. (*People v. Delgadillo* (2022) 14 Cal.5th 215, 232.)

We have examined the entire record and have not found an arguable issue on appeal. Accordingly, we affirm the postjudgment order.

FACTS

Defendant was convicted by a jury of first degree murder and attempted murder in 2010. We affirmed the conviction in an unpublished opinion. (*People v. Guillen* (Sep. 27, 2012, G045989).) The facts are set forth in that opinion. In 2020, defendant filed a petition for resentencing under Penal Code former section 1170.95 (now Pen. Code, § 1172.6),[1] which the trial court summarily denied. We affirmed the trial court's denial in an unpublished opinion. (*People v. Guillen* (Oct. 1, 2020, G058957).) As we noted in that opinion, the jury was not instructed on the felony-murder rule or the natural and probable consequences doctrine. (*Ibid.*)

In 2022, after the passage of legislation permitting resentencing petitions challenging attempted murder convictions as well as convictions for murder, defendant filed another petition for resentencing under Penal Code section 1172.6. The trial court

---

[1] Effective June 30, 2022, Penal Code section 1170.95 was renumbered section 1172.6 with no change in text. (Stats. 2022, ch. 58, § 10.) We shall use the current Penal Code section number throughout our opinion.

again summarily denied the petition, noting the jury had not been instructed on the natural and probable consequences doctrine.  Defendant timely appealed.

## DISCUSSION

We have examined the record in accordance with the requirements under *Wende* and *Anders*, and we find no arguable issues on appeal.  Defendant himself has not filed a supplemental brief raising any issues for our review.  (*People v. Kelly* (2006) 40 Cal.4th 106, 110, 120, 124.)  The issues suggested by counsel have no merit.

## DISPOSITION

The postjudgment order is affirmed.

SANCHEZ, J.

WE CONCUR:


O'LEARY, P. J.


BEDSWORTH, J.

3